# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF GEORGIA
# ATHENS DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** : | |
| : | |
| v. : | |
| : | **CASE NO. 3:19-CR-35** |
| **LAZARO HERNANDEZ,** : | |
| : | |
| **Defendant.** : | |
| : | |

## ORDER ON MOTION TO DISMISS INDICTMENT

Before the Court is the United States' Motion to Dismiss the above-styled Indictment as to Defendant Lazaro Hernandez pursuant to Federal Rule of Criminal Procedure 48(a) because the Defendant has never been apprehended, is believed to be in Mexico, and witnesses are unavailable. After careful consideration, the Court finds it is in the interest of justice to grant the United States' request.

Accordingly, the Court **GRANTS** the United States' Motion to Dismiss Indictment [Doc. 528] and hereby ORDERS that the pending Indictment against Defendant Lazaro Hernandez be DISMISSED.

**SO ORDERED**, this 7th day of February, 2025.

S/ C. Ashley Royal
C. ASHLEY ROYAL, SENIOR JUDGE
UNITED STATES DISTRICT COURT